**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: SIMEON, SERGE | § | Case No. 12-51017 (AHWS) |
| | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 31, 2012.  The undersigned trustee was appointed on May 31, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $             6,000.00

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2.54 |
| Bank service fees | 130.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 5,867.46 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 01/24/2013 and the deadline for filing governmental claims was 01/24/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $30.00, for total expenses of $30.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/11/2014            By:/s/RONALD I. CHORCHES
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-51017 (AHWS) | Trustee: | (270090)  RONALD I. CHORCHES |
| Case Name: | SIMEON, SERGE | Filed (f) or Converted (c): | 05/31/12 (f) |
| | | §341(a) Meeting Date: | 07/05/12 |
| Period Ending: 01/11/14 | | Claims Bar Date: | 01/24/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 62 Kneen Street Shelton CT | 175,900.00 | 0.00 | | 0.00 | FA |
| 2 | TD Bank Checking xxx9561 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Misc Household Goods/Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Wearing Apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | 2003 Lexus GX470<br>    Per October 16, 2012 Consent Order Re: Trustee's Objection to Debtor's Motion to Dismiss-Debtor agreed to pay the Trustee $6,000.00 in 15 installments to retain the vehicle | 10,000.00 | 6,000.00 | | 6,000.00 | FA |
| 5 | **Assets**   **Totals** (Excluding unknown values) | **$191,000.00** | **$6,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      December 31, 2013         **Current Projected Date Of Final Report (TFR):**      January 11, 2014  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-51017 (AHWS) | Trustee: | RONALD I. CHORCHES (270090) |
|---|---|---|---|
| Case Name: | SIMEON, SERGE | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-****2681-** - Checking Account |
| Taxpayer ID #: | **-***9702 | Blanket Bond: | $18,502,379.00  (per case limit) |
| Period Ending: | 01/11/14 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/24/12 | {5} | Serge Simeon | Acct #1-12; Payment #1; Proceeds for equity in Lexus | 1129-000 | 400.00 | | 400.00 |
| 11/28/12 | {5} | Serge Simeon | Acct #1-12; Payment #2; Proceeds from equity in vehicle | 1129-000 | 400.00 | | 800.00 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001027009088 20121213 | 9999-000 | | 800.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 800.00 | 800.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 800.00 | |
| | **Subtotal** | **800.00** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$800.00** | **$0.00** | |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-51017 (AHWS) | | Trustee: | RONALD I. CHORCHES (270090) |
|---|---|---|---|---|
| Case Name: | SIMEON, SERGE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****3299 - Checking Account |
| Taxpayer ID #: | **-***9702 | | Blanket Bond: | $18,502,379.00  (per case limit) |
| Period Ending: | 01/11/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 800.00 | | 800.00 |
| 12/26/12 | {5} | Serge Simeon | Acct #1-12; Payment #3; Proceeds from equity in vehicle | 1129-000 | 400.00 | | 1,200.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,190.00 |
| 01/17/13 | {5} | Serge Simeon | Acct #1-12; Payment #4; Proceeds for equity in vehicle | 1129-000 | 400.00 | | 1,590.00 |
| 01/23/13 | 10101 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2012 FOR CASE #12-51017, Bond #016027937  12-1-12 to 12-1-13 | 2300-000 | | 0.68 | 1,589.32 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,579.32 |
| 02/21/13 | {5} | Serge Simeon | Acct #1-12; Payment #5; Proceeds from equity in vehicle | 1129-000 | 400.00 | | 1,979.32 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,969.32 |
| 03/22/13 | {5} | Serge Simeon | Acct #1-12; Payment #6; Proceeds for equity in vehicle | 1129-000 | 400.00 | | 2,369.32 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,359.32 |
| 04/16/13 | {5} | Serge Simeon | Acct #1-12; Payment #7; Proceeds from equity in vehicle | 1129-000 | 400.00 | | 2,759.32 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,749.32 |
| 05/23/13 | {5} | Serge Simeon | Acct #1-12; Payment #8; Proceeds for equity in vehicle | 1129-000 | 400.00 | | 3,149.32 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,139.32 |
| 06/25/13 | {5} | Serge Simeon | Acct #1-12; Payment #9; Proceeds for equity in vehicle | 1129-000 | 400.00 | | 3,539.32 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,529.32 |
| 07/19/13 | {5} | Serge Simeon | Acct #1-12; Payment #10; Proceeds from equity in vehicle | 1129-000 | 400.00 | | 3,929.32 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,919.32 |
| 08/23/13 | {5} | Serge Simeon | Acct #1-12; Payment #11; Proceeds from equity in vehicle | 1129-000 | 400.00 | | 4,319.32 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,309.32 |
| 09/23/13 | {5} | Serge Simeon | Acct #1-12; Payment #12; Proceeds from equity in vehicle | 1129-000 | 400.00 | | 4,709.32 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,699.32 |
| 10/22/13 | {5} | Serge Simeon | Acct #1-12; Payment #13; Proceeds from equity in vehicle | 1129-000 | 400.00 | | 5,099.32 |

Subtotals :    $5,200.00    $100.68

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-51017 (AHWS) |
| **Case Name:** | SIMEON, SERGE |
| **Taxpayer ID #:** | **-***9702 |
| **Period Ending:** | 01/11/14 |

| | |
|---|---|
| **Trustee:** | RONALD I. CHORCHES (270090) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****3299 - Checking Account |
| **Blanket Bond:** | $18,502,379.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,089.32 |
| 11/21/13 | {5} | Serge Simeon | Acct #1-12; Payment #14; Proceeds from equity in vehicle | 1129-000 | 400.00 | | 5,489.32 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,479.32 |
| 12/01/13 | 10102 | RONALD I. CHORCHES, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/01/2013 FOR CASE #12-51017, Bond #016027937   12-1-13 to 12-1-2014 | 2300-000 | | 1.86 | 5,477.46 |
| 12/27/13 | {5} | Serge Simeon | Acct #1-12; Payment #15; Proceeds for equity in vehicle | 1129-000 | 400.00 | | 5,877.46 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,867.46 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,000.00 | 132.54 | **$5,867.46** |
| Less: Bank Transfers | 800.00 | 0.00 | |
| **Subtotal** | **5,200.00** | **132.54** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,200.00** | **$132.54** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-****2681-** | 800.00 | 0.00 | 0.00 |
| **Checking # ****3299** | 5,200.00 | 132.54 | 5,867.46 |
| | **$6,000.00** | **$132.54** | **$5,867.46** |

# Claims Register

## Case:  12-51017 (AHWS)    SIMEON, SERGE

Claims Bar Date:    01/24/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | RONALD I. CHORCHES<br>449 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>05/31/12 | | $1,350.00<br>$1,350.00 | $0.00 | $1,350.00 |
| | RONALD I. CHORCHES<br>449 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>05/31/12 | | $30.00<br>$30.00 | $0.00 | $30.00 |
| 1 | Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/04/12 | OKAY AS UNSECURED<br>JC PENNEY | $69.05<br>$69.05 | $0.00 | $69.05 |
| 2 | Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/04/12 | OKAY AS UNSECURED<br>WALMART | $261.61<br>$261.61 | $0.00 | $261.61 |
| 3 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/29/12 | OKAY AS UNSECURED | $2,658.87<br>$2,658.87 | $0.00 | $2,658.87 |
| 4 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/10/12 | OKAY AS UNSECURED<br>BEST BUY | $822.41<br>$822.41 | $0.00 | $822.41 |
| 5 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/08/13 | OKAY AS UNSECURED<br>HOME DEPOT | $1,469.34<br>$1,469.34 | $0.00 | $1,469.34 |
| 6 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387,2230 E Imperial Hwy<br>El Segundo, CA 90245<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/14/13 | OKAY AS UNSECURED | $597.69<br>$597.69 | $0.00 | $597.69 |

# Claims Register

## Case: 12-51017 (AHWS)   SIMEON, SERGE

Claims Bar Date:  01/24/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Citibank, N.A. | Unsecured | | $3,555.71 | $0.00 | $3,555.71 |
| | c/o American InfoSource LP | 01/15/13 | | $3,555.71 | | |
| | PO Box 248840 | | OKAY AS UNSECURED | | | |
| | Oklahoma City, OK 73124-8840 | | | | | |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |

|  |  |  |
|---|---|---|
| Case Total: | $0.00 | $10,814.68 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-51017 (AHWS)
Case Name: SIMEON, SERGE
Trustee Name: RONALD I. CHORCHES

**Balance on hand:**                            $            5,867.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:        $            0.00
Remaining balance:                            $            5,867.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RONALD I. CHORCHES | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - RONALD I. CHORCHES | 30.00 | 0.00 | 30.00 |

Total to be paid for chapter 7 administration expenses:    $            1,380.00
Remaining balance:                            $            4,487.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:                            $            4,487.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:        $            0.00
Remaining balance:                            $            4,487.46

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 9,434.68 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 47.6 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Portfolio Investments II LLC | 69.05 | 0.00 | 32.84 |
| 2 | Portfolio Investments II LLC | 261.61 | 0.00 | 124.43 |
| 3 | Capital One Bank (USA), N.A. | 2,658.87 | 0.00 | 1,264.65 |
| 4 | Capital One, N.A. | 822.41 | 0.00 | 391.17 |
| 5 | PYOD, LLC its successors and assigns as assignee | 1,469.34 | 0.00 | 698.87 |
| 6 | American InfoSource LP as agent for | 597.69 | 0.00 | 284.28 |
| 7 | Citibank, N.A. | 3,555.71 | 0.00 | 1,691.22 |

Total to be paid for timely general unsecured claims: $    4,487.46
Remaining balance: $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $    0.00
Remaining balance: $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance: $    0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**